No. 61. TORRES *v.* RIVERA ET AL. Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en noviembre 23, 1905. Desistido á instancia de la parte apelante. Abogados del apelante: *Sres. Acuña y Méndez.*

No. 73. LA COMPAÑÍA DE LOS FERROCARRILES DE PUERTO RICO ET AL. *v.* LA LÍNEA FERREA DEL OESTE ET AL. Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación por no ser apelable la resolución recurrida por la que se denegó la suspensión del procedimiento de ejecución en cobro de costas. Resuelto en noviembre 27, 1905. Con lugar la moción y desestimada la apelación. Abogado del promovente: *Sr. Hernández Uscra.* Abogado de la parte contraria: *Sr. Mott.*